# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0678.  WEAVER v. THE STATE.**

Appellant Michael Weaver has filed a "Motion to Remand For Completion of the Record" in the above-styled case. Weaver states that although he requested in his notice of appeal that the complete record of his case with all transcripts be compiled for appeal, upon review of the record sent to this Court, it appears as though the transcript of the hearing on his motion to withdraw his guilty plea was not included in the appellate record. Weaver further states that it appears as though the hearing has not been transcribed and that the court reporter who took down the proceedings has not been identified. Weaver asserts that the transcript of this hearing is essential to his appeal.

Appellant's motion is hereby **GRANTED**. Accordingly, it is hereby ordered that the case be remanded to the trial court for completion of the record. Once the completed transcript is on file with the trial court and the trial court has entered an order stating that the record is complete or that it cannot be completed, Appellant shall have 30 days from the date of the mandated order to refile his notice of appeal;

and upon the filing of such notice of appeal the case with the complete record and transcript shall be transmitted to this Court for redocketing.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] See *Galardi v. Steele-Inman*, 259 Ga. App. 249-250 (576 SE2d 555) (2002); OCGA § 5-6-48 (d) (pertinently providing that "[a]t any stage of the proceedings, . . . the court shall by order, either with or without motion, . . . require that additional portions of the record or transcript of proceedings be sent up, or require that a complete transcript of evidence and proceedings be prepared and sent up, or take any other action to perfect the appeal and record so that the appellate court can and will pass upon the appeal and not dismiss it."); 1983 Ga. Const., Art. VI, § I, Par. IV.